IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL NO. 1:09cr4WJG-JMR-1

EDWARD SCOTT YANCEY

FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court on motion [25] of the United States of America [United States] for a final order of forfeiture. The Court, having reviewed the motion and the record in this matter, finds the motion is well taken and should be granted as set forth below:

On July 1, 2009, this Court entered an Preliminary Order of Forfeiture, (Ct. R., Doc. 21), ordering Defendant Edward Scott Yancey to forfeit the following property:

PERSONAL PROPERTY

One (1) Glock 9-millimeter caliber pistol, model 26, bearing serial number BPV857.

Thereafter, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture. Following such publication via the internet, no timely claims were filed. The Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to Section 924(d), Title 18, United States Code. It is therefore,

ORDERED, ADJUDGED AND DECREED that the property described above be, and is hereby forfeited to the United States pursuant to Section 924(d), Title 18, United States Code; and that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law. It is further,

ORDERED AND ADJUDGED that the United States District Court shall retain jurisdiction of this matter for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this 21st day of December, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE